RECEIVED
IN ALEXANDRIA
SEP 28 2009
TONY R. MOORE
BY_____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| RICHARD DWIGHT BERNARD<br>FED. REG. #38304-083 | CIVIL ACTION NO. 09-0910 |
| VS. | SECTION P |
| | JUDGE DRELL |
| WARDEN JOE KEFFER | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED THAT** the Petition for Writ of *Habeas Corpus* be **DENIED** and **DISMISSED WITH PREJUDICE** because the Court lacks jurisdiction to consider these claims.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 25 day of September, 2009.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE